In the Matter of JOSEPH E. MACFARLAND, Appellant, against TOWN OF NORTH HEMPSTEAD, Respondent.

Argued February 29, 1952; decided March 14, 1952.

*Harry Pfeffer* for appellant.

*Walter L. Glenney* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.